BENEDICT O'MAHONEY (State Bar No. 152447)
**TERRA LAW LLP**
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: (408) 299-1200
Facsimile: (408) 998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER *(Pro Hac Vice To Be Filed)*
CORBY R. VOWELL *(Pro Hac Vice To Be Filed)*
TODD I. BLUMENFELD *(Pro Hac Vice To Be Filed)*
**FRIEDMAN, SUDER & COOKE**
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com
**Counsel for Plaintiff**
**SOFTVAULT SYSTEMS, INC.**

Mark D. Flanagan (SBN 130303)
Mark.flanagan@wilmerhale.com
Liv L. Herriot (SBN 267294)
liv.herriot@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100

Tara D. Elliott *(Pro Hac Vice To Be Filed)*
Tara.elliott@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
**Attorneys for Defendant**
**BENTLEY SYSTEMS INCORPORATED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., | Case No. 3:15-CV-02962-LHK |
| Plaintiff, | SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT BENTLEY SYSTEMS, INCORPORATED TO FILE ITS RESPONSE TO THE COMPLAINT |
| v. | |
| BENTLEY SYSTEMS, INCORPORATED | Judge:  Hon. Lucy H. Koh |
| Defendant. | [N.D. Cal. Civil L.R. 6-1(a)] |

1  WHEREAS, Plaintiff Softvault Systems, Inc. ("SoftVault" or "Plaintiff") filed the
2  present lawsuit on June 25, 2015;
3  WHEREAS, the responsive pleading date for Defendant Bentley Systems, Incorporated
4  ("Bentley" or "Defendant") was initially August 3, 2015;
5  WHEREAS, SoftVault agreed to provide Bentley with an extension of time in which to
6  move, answer or otherwise respond to the Complaint until September 2, 2015;
7  WHEREAS, SoftVault and Bentley are actively engaged in settlement discussions which
8  they believe may result in a resolution of the case without the need for further litigation;
9  WHEREAS, SoftVault has agreed to provide Bentley with another extension of time in
10 which to move, answer or otherwise respond to the Complaint, such that Bentley's extended
11 responsive pleading due date will be October 2, 2015;
12 WHEREAS, this extension of time will not alter the date of any event or any deadline
13 already fixed by Court Order;
14 WHEREAS, this Stipulation is effective without Court Order pursuant to N.D. Cal. Civil
15 L.R. 6-1(a);
16 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel
17 for SoftVault and Bentley that Bentley's deadline to move, answer or otherwise respond to
18 SoftVault's Complaint is extended to October 2, 2015.
19 /
20 /
21 /
22 /
23 /
24 /
25 /
26 /
27 /
28 /

Dated: August 27, 2015

| | |
|---|---|
| */s/ Benedict O'Mahoney* | */s/ Mark D. Flanagan* |
| TERRA LAW LLP | Mark D. Flanagan |
| Benedict O'Mahoney (Bar No. 152447 | Wilmer Cutler Pickering Hale & Dorr LLP |
| 177 Park Ave., Third Floor | Mark.flanagan@wilmerhale.com |
| San Jose, CA 95113 | Liv L. Herriot (State Bar No. 267694) |
| Tel: (408) 299-1200 | liv.herriot@wilmerhale.com |
| bomahoney@terralaw.com | 950 Page Mill Road |
| | Palo Alto, CA 94304 |
| FRIEDMAN SUDER & COOKE, LLP | Telephone: (650) 858-6000 |
| Jonathan T. Suder | Facsimile: (650) 858-6100 |
| Corby R. Vowell | |
| Todd Blumenfeld | Tara D. Elliott (Pro Hac Vice To Be Filed) |
| Tindall Square Warehouse No. 1 | Tara.elliott@wilmerhale.com |
| 604 East 4th St., Suite 200 | Wilmer Cutler Pickering Hale & Dorr LLP |
| Fort Worth, Texas 76102 | 1875 Pennsylvania Avenue NW |
| Tel: (817) 334-0400 | Washington, DC 20006 |
| jts@fsclaw.com | Telephone: (202) 663-6000 |
| vowell@fsclaw.com | Facsimile (202) 663-6363 |
| blumenfeld@fsclaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | *Bentley Systems Incorporated* |
| *Softvault Systems, Inc.* | |

CERTIFICATE OF SERVICE

    I hereby certify that on August 28, 2015, I electronically filed the above document(s) with the Clerk of the Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                              By: */s/ Benedict O'Mahoney*
                                                    Benedict O'Mahoney

**ATTORNEY ATTESTATION**

    I, Benedict O'Mahoney am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

                                              By: */s/ Benedict O'Mahoney*
                                                Benedict O'Mahoney